ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 19 2014

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

MAY 19 2014

CENTRAL DISTRICT OF CALIFORNIA
BY___DV_____ DEPUTY

JS-6 / Entered

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYMOND RUIZ, | ) Case No. CV 12-9207-DSF (JPR) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| WARDEN BARNES, | ) |
| Respondent. | ) |

   Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

            5/19/14

DATED: _____

_Dale S. Fischer_

DALE S. FISCHER
U.S. DISTRICT JUDGE